**Motion GRANTED and Order filed August 30, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00568-CV
_____

## IN RE TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-01455**

---

## ORDER

On August 2, 2022, relator Transocean Offshore Deepwater Drilling, Inc., filed a petition for writ of mandamus in this court. Relator asks this court to compel the Honorable Cory Sepolio, Judge of the 269th District Court, in Harris County, Texas, to set aside his July 18, 2022 order denying relator's motion to compel an

independent neurological examination of the plaintiff entered in trial court number 2021-01455, styled *Daman Roy v. Transocean Offshore Deepwater Drilling, Inc.*

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On August 2, 2022, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the September 19, 2022 trial setting in trial court cause number 2021-01455, *Daman Roy v. Transocean Offshore Deepwater Drilling, Inc.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer. (Bourliot, J., would deny the motion to stay).